## SUPREME COURT OF MONTANA

| Marriage of Harr<br>2017 MT 167N | DA 16-0696<br>Aff'd in part<br>rev. in part,<br>remanded | 07/05/17 | Dist. 11 (Flathead) |
|---|---|---|---|
| State v. Nelson<br>2017 MT 168N | DA 15-0657<br>Affirmed | 07/05/17 | Dist. 11 (Flathead) |
| Hershberger v.<br>Marquart<br>2017 MT 171N | DA 16-0742<br>Affirmed | 07/11/17 | Dist. 10 (Fergus) |
| Adoption of L.R.B. &<br>D.W.B.<br>2017 MT 172N | DA 17-0085<br>Reversed &<br>Remanded | 07/11/17 | Dist. 5 (Madison) |
| Matter of K.A.P. &<br>A.R.P., YINC<br>2017 MT 173N | DA 16-0765<br>Affirmed | 07/11/17 | Dist. 11 (Flathead) |
| Parenting of R.W.W.<br>2017 MT 174N | DA 16-0717<br>Affirmed | 07/11/17 | Dist. 18 (Gallatin) |
| Matter of O.R. &<br>J.R., YINC<br>2017 MT 175N | DA 16-0608<br>Affirmed | 07/11/17 | Dist. 5 (Beaverhead) |
| Devlin v. 20th Jud.<br>District Court | OP 17-0372<br>Denied | 07/11/17 | Original Proceeding<br>Supervisory Control |